ACCEPTED
15-25-00048-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/11/2025 3:56 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/11/2025 3:56:34 PM
CHRISTOPHER A. PRINE
Clerk

CAUSE NO. 15-25-00048-CV

IN THE COURT OF APPEALS
FIFTEENTH DISTRICT OF TEXAS AT AUSTIN

---

SEED TO HARVEST REAL ESTATE, LLC, Appellants

v.

CAROLYN TURNER, Appellee

---

*On Appeal from the 44th District Court, Dallas County, Texas Cause No. DC-22-05065*

---

## MOTION TO REINSTATE APPEAL

---

Respectfully submitted
Gaylene Rogers Lonergan
SBN: 17166500
**LONERGAN LAW FIRM, PLLC**
**12801 N. Central Expressway, Suite 150**
**Dallas, TX 75243**
**214 503-7509**
**214 503-8752 Facsimile**
grogers@lonerganlaw.com
**Attorney for Seed to Harvest Real Estate, LLC**

COMES NOW, Appellant, Seed to Harvest R/E, LLC, Plaintiff in the above-referenced case and files this motion to reinstate its appeal, which was dismissed on May 27, 2025, due to its notice of appeal being filed late by one day. In support of this Motion, Appellant respectfully shows unto the court the following:

1. The appeal was dismissed for want of jurisdiction after the notice of appeal was filed late by one day past the deadline.

2. Appellant is respectfully asking this Court to reinstate the appeal on equitable grounds. Appellant was represented by prior counsel, who had previously filed notices of appeal in related matters and did not inform Appellant of any intention not to file this notice of appeal. Appellant reasonably believed his prior counsel would file the notice of appeal or at least notify him of the deadline and their intentions.

3. Appellant's prior counsel never filed a motion to withdraw, nor did he inform the Appellant that he would not be handling the appeal. As a result, the Appellant reasonably believed prior counsel remained responsible for filing or advising Appellant regarding appellate deadlines.

4. Once Appellant realized that its prior counsel was not filing the appeal, Appellant sought current counsel to assist with the filing.

5. Appellant discovered the dismissal of the appeal on May 27, 2025, the same day it occurred, and has taken immediate steps to correct the issue, including preparing and filing this motion.

6. Appellant did not intentionally delay or disregard court deadlines. The late filing resulted from prior counsel's inaction and lack of communication, not from conscious indifference by Appellant.

7. In the interest of justice, Appellant asks the Court to exercise its discretion and reinstate the appeal to allow the matter to be resolved on the merits.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests that the Court reinstate its appeal in the interest of justice. Appellant also prays for any further relief to which it may be entitled.

Gaylene Rogers Lonergan

**LONERGAN LAW FIRM, PLLC**
**12801 N. Central Expressway, Suite 150**
**Dallas, TX 75243**
**214 503-7509**
**214 503-8752 Facsimile**
grogers@loneranlaw.com

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

DeVante Rhodes on behalf of Gaylene Rogers
Bar No. 17166500
d3455826-9ccf-4fa5-95a1-b18c5e5a52aa@us.efiling.clio.com
Envelope ID: 101908071
Filing Code Description: Motion
Filing Description: Motion to Reinstate
Status as of 6/11/2025 4:01 PM CST

Associated Case Party: Carolyn Turner

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Chad A.Norcross | | chad.norcross@norcrosslaw.com | 6/11/2025 3:56:34 PM | SENT |
| Jessica E.Mayfield | | jessica.mayfield@norcrosslaw.com | 6/11/2025 3:56:34 PM | SENT |
| Alicia Fernandez | | alicia.fernandez@norcrosslaw.com | 6/11/2025 3:56:34 PM | SENT |

Associated Case Party: Seed to Harvest Real Estate, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Gaylene RogersLonergan | | grogers@lonerganlaw.com | 6/11/2025 3:56:34 PM | SENT |